IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 02–cv–02421–EWN–BNB

ANDREW BORIS MAKAROV,

    Plaintiff,

v.

PUBLIC SERVICE,

    Defendant.

---

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION AND DISMISSING CASE**

---

    This is a lawsuit which is difficult to take seriously, notwithstanding the fact that Plaintiff appears to have sustained severe injuries. Plaintiff's own complaint alleges that he was traveling down a highway in Douglas County, Colorado, at a speed of 100 miles per hour. He admitted to the investigating officer that he had been drinking, a fact corroborated by a blood alcohol test of 0.129 and by the officer's observations concerning his eyes, breath, and speech. He ran off the road and into a light pole erected by Defendant Public Service Company. He now sues Public Service for "violation of state law" because the "light pole didn't break on impact."

    The magistrate judge has recommended that the case be dismissed, pursuant to D.C.COLO.LCivR 41.1 for failure to prosecute, failure to comply with court orders, and failure to comply with the Federal Rules of Civil Procedure. Having reviewed the complaint, the court also observes that the complaint nowhere contains an allegation concerning the basis for subject matter jurisdiction, although one might guess that it is diversity of citizenship. The magistrate

judge's recommendation accurately details the procedural history of the case, including Plaintiff's utter failure to make adequate service of process on Defendant, the magistrate judge's explanations and warnings, and Plaintiff's persistent defiance of those warnings. The magistrate judge's proposed disposition is correct. Accordingly, it is

**ORDERED** as follows:

1. The magistrate judge's recommendation is ACCEPTED.

2. The case is DISMISSED with prejudice under D.C.COLO.LCivR 41.1 for Plaintiff's persistent and apparently willful disregard of the local and federal rules.

3. All other pending motions are DENIED as moot.

Dated this 21st day of November, 2005.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge