IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 02–cv–02421-EWN-BNB

ANDREW BORIS MAKAROV,

    Plaintiff,

v.

PUBLIC SERVICE,

    Defendant.

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Chief Judge
Nel Steffens, Deputy Clerk

The Plaintiff's motion requesting that case be removed from the system (#32, filed June 16, 2008) is GRANTED.

Dated: June 18, 2008